## CERTIFICATE OF SERVICE

The undersigned, an attorney admitted to practice before the Courts of the State of New York and this Court, certifies under penalty of perjury, that on June 17, 2008, she caused a true and correct copy of the attached Answer to be served by FedEx upon the Plaintiff's attorney, Jonathan S. Sack, Esq., 110 East 59th Street, 19th Floor, New York, New York, 10022.

Dated: New York, New York
       June 17, 2008

_____
Shelby A. Silverman

4822-6491-9554.1