UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL HENRY,<br><br>    Plaintiff,<br><br> -against-<br><br>DOW JONES,<br><br>    Defendant. | **NOTICE OF MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO FED.R.CIV.P. 12(C)** |

TO: Jonathan S. Sack, Esq.
   Sack & Sack
   110 East 59th Street, 19th Floor
   New York, New York 10022

**PLEASE TAKE NOTICE** that upon the annexed Memorandum of Law, the Affirmation of Thomas Maher with exhibit attached thereto, and all prior proceedings had herein, Defendant Dow Jones & Company, Inc. will move the Court before the Honorable Naomi R. Buchwald, United States District Court Judge, United States Courthouse, 500 Pearl Street, New York, New York, on a date and time to be determined by the Court, for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c), and for such other relief as the Court deems just and proper. Pursuant to the proposed joint briefing schedule, opposition papers, if any, are to be served by September 12, 2008, and reply papers, if any, are to be served by September 19, 2008.

4815-6271-5906.1

Dated: New York, New York.
       August 15, 2008

                                                  Respectfully submitted,

                                                  KAUFF MCCLAIN & MCGUIRE LLP

                                                  By: /s/ Kenneth A. Margolis
                                                      Kenneth A. Margolis (KAM-9127)
                                                      Shelby A. Silverman (SAS-0114)

                                                950 Third Avenue
                                                Fourteenth Floor
                                                New York, NY  10022
                                                (212) 644-1010

                                                Attorneys for Defendant
                                                DOW JONES & COMPANY, INC.