## CERTIFICATE OF SERVICE

The undersigned, an attorney admitted to practice before the Courts of the

State of New York and this Court, certifies under penalty of perjury, that on

August 15, 2008, she caused a true and correct copy of the attached Notice of Motion,

Memorandum of Law in Support of Motion for Judgment on the Pleadings Pursuant to

Fed.R.Civ.P. 12(c), and Affirmation of Thomas Maher with attached exhibit to be served

by FedEx upon the Plaintiff's attorney, Jonathan S. Sack, Esq., 110 East 59th Street, 19th

Floor, New York, New York, 10022.

Dated:  New York, New York
       August 15, 2008

                                  Shelby A. Silverman

4853-2055-0146.1